UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| VINCENT R. COCCOLI, SR.,<br>　　　　*Plaintiff,*<br><br>　　vs.<br><br>DAVID D'AGOSTINO, JR., ESQ; DAVID D'AGOSTINO, SR.; PETER FURNESS, ESQ.; ALDEN HARRINGTON, ESQ.; DAVID PROVONSIL; JEFFREY HANSON; THEODORE PRYZBYLA; THE TOWN OF SCITUATE; TOWN OF SCITUATE PLAN COMMISSION/BOARD; SCITUATE TOWN COUNCIL,<br>　　　　*Defendants.* | No. 1:19-cv-00489-WES-LDA |

## MUNICIPAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT IN LIEU OF ANSWER

Now come the Defendants, David D'Agostino, Sr., David Provonsil, Jeffery Hanson, Theodore Pryzbyla, the Town of Scituate; Town of Scituate Plan Commission, and Scituate Town Council ("Municipal Defendants") and move to dismiss Plaintiff's Amended Complaint in lieu of answer, pursuant to Rule 12(b)(6). The Municipal Defendants rely on their memorandum of law attached and incorporated herein.

　　　　　　　　　　　　　　　　　　　　Municipal Defendants,
　　　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　　　*/s/ Patrick K. Cunningham*
　　　　　　　　　　　　　　　　　　　　Patrick K. Cunningham (#4749)
　　　　　　　　　　　　　　　　　　　　DeSisto Law LLC
　　　　　　　　　　　　　　　　　　　　60 Ship Street
　　　　　　　　　　　　　　　　　　　　Providence, RI 02903
　　　　　　　　　　　　　　　　　　　　(401) 272-4442
　　　　　　　　　　　　　　　　　　　　patrick@desistolaw.com

　　　　　　　　　　　　　　　　　　　　*/s/ Michael A. DeSisto*
　　　　　　　　　　　　　　　　　　　　Michael A. DeSisto (#2444)
　　　　　　　　　　　　　　　　　　　　DeSisto Law LLC
　　　　　　　　　　　　　　　　　　　　60 Ship Street
　　　　　　　　　　　　　　　　　　　　Providence, RI 02903
　　　　　　　　　　　　　　　　　　　　(401) 272-4442
　　　　　　　　　　　　　　　　　　　　michael@desistolaw.com

2

## CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 4th day of November 2019 and is available for viewing and downloading from the ECF system. Service on the pro se plaintiff, as listed below, will be effectuated by electronic means:

Vincent R. Coccoli, Sr., Pro Se
vincoccoli@verizon.net

David M. D'Agostino, Esq.
daviddagostino@horhamlaw.com

Peter J. Furness, Esq.
Peter@Rhf-lawri.com

Alden C. Harrington, Esq.
Aldean@Rhf-lawri.com

/s/ Patrick K. Cunningham